622

reargument refused April 19, 1971.

*Daniel H. Jenkins,* for appellant.

*John R. Morgan,* with him *Hobbs, Morgan & De-Witt,* for appellee.

OPINION PER CURIAM, March 18, 1971:
Decree affirmed. Estate to pay costs.

## Commonwealth *v.* Ford, Appellant.

Submitted November 9, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*James Bross* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant.

*Peter S. Greenberg* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 18, 1971:

Order affirmed.

Mr. Justice COHEN took no part in the decision of this case.

## Thomas, Appellant, *v.* Thomas.

Submitted November 19, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.